## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| STEPHEN HEIDELBERG, Administrator ) <br> of the Estate of CLEVE HEIDELBERG, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EMANUEL MANIAS, *et al.*, ) <br> ) <br> Defendants. ) | No. 18-CV-01161 <br><br> Judge Sara Darrow <br><br> Magistrate Judge Jonathan E. Hawley |

### MOTION TO WITHDRAW

Plaintiff, Stephen Heidelberg, as Administrator of the Estate of Cleve Heidelberg, Jr., by and through his attorneys, HALE & MONICO, hereby moves to withdraw his counsel, as follows:

1. Plaintiff is currently represented by Andrew Hale and Amy Hijjawi of HALE & MONICO, LLC, Naomi Avendano, and Donald Jackson.

2. Plaintiff's counsel, Mr. Hale, Ms. Hijjawi, and Ms. Avendano wish to withdraw from representing Plaintiff.

3. Plaintiff will not be prejudiced by their withdrawal because new counsel from LOEVY & LOEVY, including Jonathan Loevy and Elizabeth Wang, will appear for Plaintiff in substitution for Mr. Hale, Ms. Hijjawi and Ms. Avendano, and Donald Jackson will remain as counsel for Plaintiffs.

WHEREFORE, Plaintiff's counsel Andy Hale, Amy Hijjawi, and Naomi Avendano, move to withdraw from representing Plaintiff, to be substituted by LOEVY & LOEVY.

Respectfully submitted,

*/s/ Andrew M. Hale*  /s/ Naomi Ann Avendano*
*/s/ Amy A. Hijjawi*

Andrew M. Hale                         Naomi Ann Avendano
Amy A. Hijjawi                         Law Office of Naomi Ann Avendano
Hale & Monico LLC                      1474 W. Webster Avenue
53 W. Jackson Blvd., Suite 337         Chicago, Il 60614
Chicago, Il 60604                      Main (312) 443-2205
Main (312) 341-9656                    naomiannavendano@gmail.com
Fax (312) 341-9646
andy@halemonico.com
ahijjawi@halemonico.com

**CERTIFICATE OF SERVICE**

I, Andy Hale, an attorney, hereby certify that on July 21, 2021, I filed the foregoing motion, which delivered a copy to all counsel of record, via CM/ECF.

*/s/ Andy Hale*