# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| KAYLA HEIDELBERG, Administrator of the Estate of CLEVE HEIDELBERG, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>EMANUEL MANIAS; LARRY BERNARD; RONALD HAMM; SUSAN I. BRADY, as Administrator of the Estate of JERRY BRADY; HOLLI BAIN as the Independent Executor of the Estate of PAUL HIBSER; DAVID WENTWORTH II as the Independent Administrator of the Estates of KENNETH DECREMER, PAUL HILST, NOLAN MACKLIN, WILLIAM SCHALK, WILLARD KOEPPEL, JOHN SACK, BERNARD KENNEDY, and JOHN RIDDLE; ROBERT WATSON JR. as the Independent Administrator of the Estate of ROBERT LEE WATSON; UNKNOWN OFFICERS OF THE PEORIA POLICE DEPARTMENT and THE PEORIA COUNTY SHERIFF'S OFFICE; the CITY OF PEORIA, ILLINOIS; and the COUNTY OF PEORIA, ILLINOIS,<br><br>Defendants. | Case Number: 18-cv-1161 |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Kayla Heidelberg's, as Administrator of the Estate of Cleve Heidelberg, Jr., action against Emanuel Manias; Larry Bernard; Holli Bain as the Independent Executor of the Estate of Paul Hibser; David Wentworth II as the Independent Administrator of the Estates of Kenneth DeCremer, Paul Hilst, Nolan Macklin, William Schalk, Willard Koeppel, and John Sack; Robert Watson Jr. as the Independent Administrator of the Estate of Robert Lee Watson; Unknown Officers of the Peoria Police Department and the Peoria County Sheriff's Office; the City of Peoria, Illinois; and the County of Peoria, Illinois is dismissed.  Per the Court's July 18, 2023 Text Order, Susan I. Brady as Administrator for the Estate of Gerald W. (Jerry) Brady, Jr. was dismissed with prejudice.  Per the Court's March 27, 2024 Text Order, Ronald Hamm, David Wentworth II as the Independent Administrator of the Estate of Bernard Kennedy, and David Wentworth II as the Independent Administrator of the Estate of John Riddle were dismissed with prejudice.  Plaintiff takes nothing by the complaint, and this case is closed.

**Dated: 3/28/2024**                              s/ Shig Yasunaga
    AJKV                                       Shig Yasunaga
                                                  Clerk, U.S. District Court